UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:18-mj-1
                                                   HON. TIMOTHY P. GREELEY

KYLE JAMES MURRAY,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 8, 2018, for an initial appearance on a criminal complaint charging defendant with Felon in Possession of a Firearm. The Court was advised by pretrial services that there is a detainer lodged for this defendant out of Wisconsin and he is incarcerated in Dickinson County, Michigan making him ineligible for release on bond; the government agreed.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                                             /s/ Timothy P. Greeley
                                                                             TIMOTHY P. GREELEY
                                                                             UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2018